AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MICHAEL DAVID ASHE | CASE NUMBER: 08 CR 1757 -JM |
| | 08 mj 1545 |

I, MICHAEL DAVID ASHE, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on  6/3/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_M. Ashe_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer

FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY