```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL S. COOK
    Assistant U.S. Attorney
 3  California State Bar No. 79010
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)557-5687/(619)235-2757(Fax)
    Email: paul.cook@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America

 8                  UNITED STATES DISTRICT COURT

 9                 SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )  Criminal Case No. 08cr1757-JM
                                 )
11                    Plaintiff, )
                                 )  NOTICE OF APPEARANCE
12            v.                 )
                                 )
13  MICHAEL DAVID ASHE,          )
                                 )
14                    Defendant. )
                                 )
15
16
17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18       I, the undersigned attorney, enter my appearance as lead
19  counsel in the above-captioned case.  I certify that I am
20  admitted to practice in this court or authorized to practice under
21  CivLR 83.3.c.3-4.
22       The following government attorneys (who are admitted to
23  practice in this court or authorized to practice under CivLR
24  83.3.c.3-4) are also associated with this case, should be listed
25  as lead counsel for CM/ECF purposes, and should receive <u>all</u>
26  Notices of Electronic Filings relating to activity in this case:
27       <u>Name</u> - "None"
28
```

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Please call me if you have any questions about this notice.

DATED: July 7, 2008.

                              Respectfully submitted,

                              KAREN P. HEWITT
United States Attorney

<u>s/Paul S. Cook</u>
PAUL S. COOK
Assistant United States Attorney
Attorney for Plaintiff
United States of America
Email: paul.cook@usdoj.gov

2

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1757-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| MICHAEL DAVID ASHE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Casey Donovan
donovan2donovan@hotmail.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2008.

s/Paul S. Cook
PAUL S. COOK

3